**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jason Y. Chao, Esq. (SBN 250735)
Angela N. Martin, Esq. (SBN 238426)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com
amartin@aguileragroup.com

Attorneys for Plaintiffs, FIDELITY AND GUARANTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:14-cv-00826-LGO-GSA<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES SET IN INITIAL SCHEDULING ORDER**<br><br>(ECF No. 58) |

After a review of the Joint Stipulation to Extend Deadlines filed by the parties (ECF No. 58) and the procedural posture of this case, the Court finds good cause to continue the date set for the **Non-expert Discovery Cutoff** in the Court's Scheduling Conference Order (ECF No. 51) from **November 4, 2015** to **December 21, 2015**.

However, based on the pending discovery motions in this action and the procedural posture of the cases related to this action, the Court does not find good cause to continue the other dates in the Scheduling Order as requested in the Stipulation. All other deadlines in the Scheduling Order will therefore remain as previously set.

IT IS SO ORDERED.

Dated:   **September 15, 2015**                                 **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE