1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 1:14-CV-00826-DAD-EPG<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 77) |

On December 28, 2015, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 77.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

1

1
2  Dated:   **December 29, 2015**
3
                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE